IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OCWEN LOAN SERVICING, LLC.** | : | CIVIL ACTION NO. 1:10-CV-989 |
| Plaintiff | : | (Chief Judge Kane) |
| | : | (Magistrate Judge Smyser) |
| v. | : | |
| **CHERYL A. TEKE** | : | |
| Defendant | : | |

## O R D E R

Before the court in the captioned action is a February 15, 2011 report and recommendation of the magistrate judge. No timely objections have been filed.

Accordingly, upon a de novo review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Smyser.

2) Plaintiff's motions (Doc. Nos. 9 and 22) for a default judgment in the amount of $118,680.93 plus interest in the amount of $19.29 per day beginning on January 27, 2011 is **GRANTED**.

3) The Clerk of Court shall close this case.

*s/ Yvette Kane*
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania

Dated: March 8, 2011